[No. 52660-0-I. Division One. April 4, 2005.]

CAROLE SORENSON, *Appellant*, v. BARBARA PYEATT ET AL., *Defendants*, SAXON MORTGAGE, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-2-01842-2, Michael E. Rickert, J., entered June 25, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, C.J., concurred in by Baker and Schindler, JJ.

[No. 53316-9-I. Division One. April 4, 2005.]

*In the Matter of the Marriage of* PILAR GALLARDO CONDERO, *Appellant, and* OSCAR TATLONGHARI PANGANIBAN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 99-3-07309-0, John P. Erlick, J., entered October 8, 2003. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Baker and Agid, JJ.

[No. 53394-1-I. Division One. April 4, 2005.]

VERSUSLAW, INC., *Appellant*, v. STOEL RIVES, L.L.P., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-18099-0, Mary Roberts, J., entered November 20, 2003. *Reversed* by unpublished opinion per Schindler, J., concurred in by Cox, C.J., and Coleman, J. Now published at 127 Wn. App. 309.